###### IN THE

# SUPREME JUDICIAL COURT

###### FOR THE

## COUNTY OF ESSEX, NOVEMBER TERM 1834,
## AT SALEM.

###### PRESENT:

Hon. LEMUEL SHAW, Chief Justice,
Hon. SAMUEL PUTNAM, ⎱ Justices.
Hon. MARCUS MORTON, ⎰

## LEMUEL ADAMS *versus* SARAH ADAMS.

Where a libel for a divorce charged, generally, that the respondent had committed various acts of adultery, at divers times, with persons unknown, during a period of eight years, the Court ordered the libellant to file a bill of particulars.

*Nov. 6th.*   *Per Curiam.*   The libel for a divorce in this case, charged various acts of adultery, committed at divers times with persons unknown, for a period of eight years. The respondent moved, that the libel be quashed for uncertainty, or that the libellant be required to file a bill of particulars, at a reasonable time before trial, and be confined, on the hearing, to the cases thus specified. Whereupon the Court ordered, that a bill of particulars should be so filed.

   *Cushing*, for the libellant.

   *J. Holmes*, of Maine, and *Clark*, for the respondent